[No. 34093-0-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY
CURTIS KINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04252-0, Bobbe J. Bridge, J., entered
January 18, 1994. *Dismissed* by unpublished per curiam
opinion.


[No. 34225-8-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL
R. REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06927-4, George A. Finkle, J., entered
February 8, 1994. *Dismissed* by unpublished per curiam
opinion.


[No. 35082-0-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTIE
FRANCINE STROUD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-03640-0, Mary Wicks Brucker, J., entered
July 19, 1994. *Dismissed* by unpublished per curiam
opinion.


[No. 35300-4-I.   Division One.   November 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. D.S.F.,
*Appellant*.

Appeal from a judgment of the Superior Court for Island
County, No. 94-8-00132-5, Joan H. McPherson, J., entered
September 22, 1994. *Reversed* by unpublished per curiam
opinion.